IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JONATHAN ÁLVAREZ-VEGA, et al.<br><br>    Plaintiffs,<br><br>            v.<br><br>EMPRESAS PUERTORRIQUEÑAS DE DESARROLLO, INC.; et al.<br><br>    Defendants. | CIVIL NO.  15-2564 (PAD) |

**JUDGMENT**

In accordance with the Orders at Docket Nos. 22 and 24, the court hereby enters judgment dismissing this case.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of, 2016.

s/Pedro A. Delgado-Hernández<br>
PEDRO A. DELGADO-HERNÁNDEZ<br>
United States District Judge